UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



RONALD SATISH EMRIT,         )
                             )
            Plaintiff,       )
                             )
      v.                     )     Civil Action No. 1:19-cv-00102 (UNA)
                             )
DONALD TRUMP, *et. al.*,     )
                             )
            Defendants.      )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and motion for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* motion [2] and the complaint [1] will be dismissed without prejudice.

The instant complaint is substantially similar, if not identical, to another filed by plaintiff in a recent lawsuit, *see Emrit v. Trump, et al.*, No. 19-cv-00055 (UNA) (D.D.C. filed Jan. 8, 2019), and this matter will be dismissed as duplicative.

An Order is issued separately.

United States District Judge

Date: January 27, 2019

1